UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF VERMONT

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2012 APR 19  PM 12: 22

BY _____
    DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | Criminal No. 2:12-cr-65 |
| ) | |
| KEVIN HARRIS, ) | |
| a/k/a "Black," ) | |
| Defendant. ) | |

## INDICTMENT

The Grand Jury charges:

### COUNT 1

From in or about August 2011 to on or about September 23, 2011, in the District of Vermont and elsewhere, defendant KEVIN HARRIS, a/k/a "Black," knowingly and willfully conspired with Anthony Miller, Dondre Chisom, Rebecca O'Neill, and others known and unknown to the Grand Jury to distribute a mixture and substance containing a detectable amount of cocaine base, a Schedule II controlled substance, and a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance.

This offense involved 28 grams or more of a mixture and substance containing a detectable amount of cocaine base, a Schedule II controlled substance.

(21 U.S.C. §§ 846, 841(a)(1), 841(b)(1)(B))

## COUNT 2

On or about August 9, 2011, in the District of Vermont, defendant KEVIN HARRIS, a/k/a "Black," knowingly and intentionally distributed a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance.

(21 U.S.C. §§ 841(a)(1), 841(b)(1)(C))

## COUNT 3

On or about September 20, 2011, in the District of Vermont, defendant KEVIN HARRIS, a/k/a "Black," knowingly and intentionally distributed a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance.

(21 U.S.C. §§ 841(a)(1), 841(b)(1)(C))

## COUNT 4

On or about September 20, 2011, in the District of Vermont, defendant KEVIN HARRIS, a/k/a "Black," knowingly and intentionally distributed a mixture and substance containing a detectable amount of cocaine base, a Schedule II controlled substance.

(21 U.S.C. §§ 841(a)(1), 841(b)(1)(C))

## COUNT 5

On or about September 22, 2011, in the District of Vermont, defendant KEVIN HARRIS, a/k/a "Black," knowingly and intentionally distributed a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance.

(21 U.S.C. §§ 841(a)(1), 841(b)(1)(C); 18 U.S.C. § 2)

## COUNT 6

On or about September 23, 2011, in the District of Vermont, defendant KEVIN HARRIS, a/k/a "Black," knowingly and intentionally possessed with intent to distribute a mixture and substance containing a detectable amount of cocaine base, a Schedule II controlled substance, and a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance.

(21 U.S.C. §§ 841(a)(1), 841(b)(1)(C); 18 U.S.C. § 2)

A TRUE BILL

███████████
FOREPERSON

_____ (CSN) for
TRISTRAM J. COFFIN
United States Attorney
Burlington, Vermont
April 19, 2012